AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of California

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  2:22-mj-0133 CKD |
| | ) | |
| Robert Charles Crist | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

# CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and believe.

On or about September 20, 2022, in the county of Solano, in the Eastern District of California, the defendant violated 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm.

This criminal complaint is based on the attached Affidavit of DEA Special Agent Brian Nehring.

/s/
*Complainant's signature*

Brian Nehring, DEA Special Agent
*Printed name and title*

This was sworn and signed before me telephonically.

Date:   September 20, 2022

*Judge's signature*

City and state:   Sacramento, California

Carolyn K. Delaney
U.S. Magistrate Judge
*Printed name and title*

1 of 1

## AFFIDAVIT OF DEA SPECIAL AGENT BRIAN NEHRING

I, Special Agent Brian Nehring of the DEA, being duly sworn, depose and state:

## CRIMINAL COMPLAINT FOR ARREST WARRANT

1. This Affidavit is submitted in support of an arrest warrant and criminal complaint charging **Robert Charles CRIST** with:

   COUNT ONE:          Felon in Possession of a Firearm, in violation of
                       18 U.S.C. § 922(g)(1).

## AGENT BACKGROUND AND EXPERTISE

2. I am a Special Agent of the Drug Enforcement Administration (DEA), San Francisco Field Division, and have been so employed since 1991.  I have had numerous assignments since beginning with DEA, including being assigned to the San Francisco Division Office between 1991 and 1994, the Alameda County Narcotics Task Force between 1995 and 1996, the San Francisco Division Clandestine Laboratory Enforcement Team from 1997 to 1999, the Oakland Resident Office between 1999 and 2002, and the Mobile Enforcement Team (MET) between 2002 and 2004.  I have been assigned to the Sacramento Division Office since September of 2004.

3. I am an "investigative or law enforcement officer" of the United States within the meaning of 18 U.S.C. § 2510(7), in that I am an officer of the United States empowered by law to conduct criminal investigations and make arrests for offenses enumerated in 18 U.S.C. § 2516.

4. Because this affidavit is submitted for the limited purpose of establishing probable cause, I have not included every fact known to me about this case. Rather, I have set forth only the facts necessary to support probable cause.

## STATEMENT OF PROBABLE CAUSE

5. During 2022, I received information that Robert Charles CRIST was engaged in the manufacture of  N, N-Dimethyltryptamine (DMT), a Schedule I Controlled Substance, at his property located at 5677 Cherry Glen Road, Vacaville, California.  Most recently, in July and August 2022, I received information from more than one confidential source that CRIST had travelled repeatedly to Hawaii where he had harvested large amounts of bark material containing DMT, which

1

he shipped to himself from Hawaii to his property at 5677 Cherry Glen Road, Vacaville, California.  The confidential sources told me that CRIST was conducting manufacturing activity of chemically extracting the substance and then distributing it for use.  The United States Postal Inspection Service confirmed that multiple packages had been mailed from Hawaii to CRIST at his 5677 Cherry Glen Road property during this same time period, and postal annex photographs confirmed that CRIST had shipped some of these packages himself.  I also received information that CRIST, who has numerous prior felony convictions for drug and firearm offenses, currently possessed firearms at his property.

6. On September 13th, 2022, the Honorable Judge Magistrate Carolyn K. Delaney authorized a search warrant for CRIST and his property located at 5677 Cherry Glen Road, Vacaville, California.

7. CRIST has previously been convicted of the following felonies:

   a.) 1992 felony conviction in Solano County (California) for Possession of a Controlled Substance for Sale;
   b.) 1994 felony conviction in Solano County for Possession of a Controlled Substance for Sale;
   c.) 1994 felony conviction in Solano County for Receiving Stolen Property;
   d.) 1999 felony conviction in Solano County for Possession of a Substance with Intent to Manufacture a Controlled Substance;
   e.) 2009 felony conviction in Lake County, Oregon, for Felon in Possession of a Firearm.

8. On September 20th, 2022, other agents and I executed the search warrant at 5677 Cherry Glen Road, Vacaville, California.  As officers knocked and announced their presence, CRIST exited a side door of the residence.  Officers detained CRIST and the only other occupant, who was identified as his step-son.  I subsequently searched a large metal cargo shipping container behind the residence.  In the metal shipping container, I found items consistent with DMT manufacturing, including approximately 30 gallons of apparent DMT in solution in a 55 gallon metal drum, other plastic and glass containers with similar liquids, DMT bark material, electric mill grinders, solvents, bases, ether, propane burners, pots, glassware, magnetic heating and stir plates.  I also found an additional U.S. Postal Service package in front of the residence which had been shipped to CRIST from Hawaii and contained many pounds of DMT bark material.

2

9. I met with CRIST, who was handcuffed, inside the residence.  I read him his Miranda rights, showed him a copy of the search warrant, and explained what was happening.  CRIST accompanied me to the rear master bedroom which he identified as his own and which contained his personal items and paperwork.  During a recorded interview, CRIST acknowledged that he had been travelling to Hawaii, sending the DMT-containing plant material back to himself in California, and extracting the material in the cargo container.

10.    CRIST acknowledged that he was a convicted felon and told me he possessed a loaded pistol in the middle top drawer of his dresser.  CRIST pointed out the pistol to me and said he possessed it for his own protection.  I located a .38 Caliber Rossi Brand Revolver loaded with five rounds of Blazer Ammunition in a holster in this drawer.  ATF Special Agent and Nexus Expert Matt Garrett, who is trained in firearm and ammunition interstate nexus determinations, confirmed that Rossi and Blazer are both manufactured outside the state of California and therefore traveled in interstate commerce because they were recovered in California.

## CONCLUSION

11. Based on the above information, I believe that there is probable cause to believe CRIST unlawfully possessed a firearm, in violation of 18 U.S.C. § 922(g)(1).  I hereby request that this Court issue a criminal complaint and arrest warrant for CRIST.

I swear under penalty of perjury, that the foregoing information is true and correct to the best of my knowledge, information, and belief.

/s/
_____
Brian Nehring, Special Agent
Drug Enforcement Administration

Sworn to and subscribed before me on the __20th__ day of September 2022.

_____
Hon. CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Approved as to form:
/s/ Emily G. Sauvageau
EMILY G. SAUVAGEAU
Assistant U.S. Attorney

3

## **PENALTY SLIP**

## **United States v. Robert Charles CRIST**

**COUNT ONE:**  18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm

Fine of up to $250,000, and/or
Imprisonment of up to 15 years, or both
Term of Supervised Release of up to 3 years
Mandatory $100 Special Assessment