UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT CHARLES CRIST,<br><br>Defendant. | Case No. 2:22-mj-0133-CKD<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>ROBERT CHARLES CRIST</u> Case No. <u>2:22-mj-0133-CKD</u> Charges <u>18 USC § 922(g)(1)</u> from custody for the following reasons:

\_\_\_\_\_    Release on Personal Recognizance

\_\_\_\_\_    Bail Posted in the Sum of $ _____

  x     Unsecured Appearance Bond $    10,000.00 co signed by Stacy Cline

\_\_\_\_\_    Appearance Bond with 10% Deposit

\_\_\_\_\_    Appearance Bond with Surety

\_\_\_\_\_    Corporate Surety Bail Bond

  x     (Other): <u>Defendant's release DELAYED until 9/23/2022 at 9:00 AM to be transported by the USM to the Marshal's lockup.</u>

Issued at Sacramento, California on September 22, 2022 at 2:11 PM

By:    /s/ Carolyn K. Delaney

Magistrate Judge Carolyn K. Delaney