HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH R. LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorney for Defendant
ROBERT CRIST

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>ROBERT CRIST<br>Defendant. | Case No. 2:22-cr-00229-DJC<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>Date: May 11, 2023<br>Time: 9:00 a.m.<br>Judge: Hon. Daniel J. Calabretta |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Assistant United States Attorney Emily Sauvageau, attorney for Plaintiff and Federal Defender Heather E. Williams through Assistant Federal Defender Hannah R. Labaree, attorney for ROBERT CRIST, that the status conference, currently scheduled for May 11, 2023, be continued to June 29, 2023 at 9:00 a.m.

To date, the government has produced approximately 338 Bates-stamped items in discovery. The parties are in conversation regarding the application of the Sentencing Guidelines to the instant case. The government has indicated to the defense that additional information related to the alleged drug quantity is forthcoming within the next 30 – 60 days.

Defense counsel thus requires additional time to review the discovery, conduct legal research related to the application of sentencing law to Mr. Crist's case, meet with her client, and conduct independent investigation. The parties therefore request a T4 exclusion of time for defense investigation until June 29, 2023.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including June 29, 2023; pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Dated:  April 27, 2023

    HEATHER E. WILLIAMS
    Federal Defender

    */s/ Hannah R. Labaree*
    HANNAH R. LABAREE
    Assistant Federal Defender
    Attorney for Defendant
    ROBERT CRIST

Dated:  April 27, 2023

    PHILLIP A. TALBERT
    United States Attorney

    */s/ Emily Sauvageau*
    EMILY SAUVAGEAU
    Assistant U.S. Attorney
    Attorney for Plaintiff

# ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including June 29, 2023, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the May 11, 2023 status conference shall be continued until June 29, 2023, at 9:00 a.m.

Dated:  April 28, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE