HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH R. LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorney for Defendant
ROBERT CRIST

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>ROBERT CRIST<br>Defendant. | Case No. 2:22-cr-00229-DJC<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>Date: June 29, 2023<br>Time: 9:00 a.m.<br>Judge: Hon. Daniel J. Calabretta |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Assistant United States Attorney Emily Sauvageau, attorney for Plaintiff and Federal Defender Heather E. Williams through Assistant Federal Defender Hannah R. Labaree, attorney for ROBERT CRIST, that the status conference, currently scheduled for June 29 2023, be continued to August 17, 2023 at 9:00 a.m.

To date, the government has produced approximately 338 Bates-stamped items in discovery. The government is awaiting additional DEA lab results, which it will then produce to defense counsel in discovery. These lab results will allow the parties to discuss potential application of the Sentencing Guidelines to this case.

Defense counsel requires additional time to review the discovery, conduct legal research related to the application of sentencing law to Mr. Crist's case, meet with her client, and conduct independent investigation. The parties therefore request a T4 exclusion of time for defense investigation until August 17, 2023.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including August 17, 2023; pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Dated:  June 23, 2023

    HEATHER E. WILLIAMS
    Federal Defender

    */s/ Hannah R. Labaree*
    HANNAH R. LABAREE
    Assistant Federal Defender
    Attorney for Defendant
    ROBERT CRIST

Dated:  June 23, 2023

    PHILLIP A. TALBERT
    United States Attorney

    */s/ Emily Sauvageau*
    EMILY SAUVAGEAU
    Assistant U.S. Attorney
    Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including June 29, 2023, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the June 29, 2023 status conference shall be continued until August 17, 2023, at 9:00 a.m.

Dated:  June 23, 2023                              /s/ Daniel J. Calabretta
                                                   THE HONORABLE DANIEL J. CALABRETTA
                                                   UNITED STATES DISTRICT JUDGE