**FILED**
July 11, 2023
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

ROBERT CHARLES CRIST,

    Defendant.

Case No. 2:22-cr-00229-DJC

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>ROBERT CHARLES CRIST</u> Case No. <u>2:22-cr-00229-DJC</u> Charges <u>18 USC § 3606</u> from custody for the following reasons:

|  |  |
|---|---|
| _____ | Release on Personal Recognizance |
| _____ | Bail Posted in the Sum of $ _____ |
| _____ | Unsecured Appearance Bond $ _____ |
| _____ | Appearance Bond with 10% Deposit |
| _____ | Appearance Bond with Surety |
| _____ | Corporate Surety Bail Bond |
| x | (Other): <u>Conditions of release as stated on record and release forthwith today, 7/11/2023.</u> |

Issued at Sacramento, California at 2:45 PM.

Dated: July 11, 2023

*[signature]*
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE