HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, #294338
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA  95814
(916) 498-5700 Fax (916) 498-5710

Attorney for Defendant
ROBERT CRIST

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ROBERT CRIST,<br><br>　　　　　Defendant. | Case No.  2:22-cr-00229-DJC<br><br>REQUEST FOR RULE 43 WAIVER OF APPEARANCE ORDER |

　　　　Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, defendant, ROBERT CRIST, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, on a hearing for bail review, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, except for a change of plea hearing and a hearing for judgement and sentencing.

　　　　Defendant hereby requests the Court to proceed during every absence which the Court may permit to this waiver; agrees that defendant's interests will be deemed represented at all times by the presence of the defendant's attorney, the same as if the defendant were personally present; and further agrees to be present in court ready for trial any day and hour the Court may fix the defendant's absence.

　　　　The defendant further acknowledges being informed of the rights under Title 18 U.S.C.

§§ 3161-3174 (Speedy Trial Act), and authorizes the defendant's attorney to set times and dates under that Act without the defendant's personal presence.

Dated:  July 19, 2023

                                              */s/ Hannah Labaree*
                                              HANNAH R. LABAREE
                                              Assistant Federal Defender
                                              Attorney for Defendant

Dated: July 19, 2023

                                              */s/ Robert Crist*
                                              ROBERT CRIST
                                              Defendant

    IT IS SO ORDERED.

Dated:  July 19, 2023                 /s/ Daniel J. Calabretta
                                        THE HONORABLE DANIEL J. CALABRETTA
                                        UNITED STATES DISTRICT JUDGE