HEATHER E. WILLIAMS, SBN #122664
Federal Defender
HANNAH LABAREE, # 294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710

Attorneys for Defendant
ROBERT CHARLES CRIST

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  2:22-cr-00229-DJC |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND [PROPOSED] ORDER TO ADOPT AMENDED LANGUAGE FOR SPECIAL CONDITIONS OF RELEASE # 2 |
| vs. | ) ) | |
| ROBERT CHARLES CRIST | ) ) | Date:   July 21, 2023 Time.   2:00 P.M. |
| Defendant. | ) ) ) | Judge: Hon. Allison Claire |

Following the court hearing on the defendant's Motion to Modify Conditions of Release (CR 48, 51), IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, U.S. Attorney Phillip A. Talbert, through Assistant United States Attorney Emily Sauvageau, attorney for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hannah Labaree, attorney for defendant Robert Charles Crist, that the following language amending Special Condition #2 be <u>adopted</u>. The proposed language is in **bold.**

Pretrial Services Officer Stephanie Mott concurs in this request.

//

//

//

**You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control. One exception to this condition is that the defendant is permitted to possess the following archery equipment: one "Mathews Switchback" compound bow and one "Xpedition Escape" compound bow, as well as a maximum of 12 arrows. This equipment must be stored securely in a designated place in the defendant's home, as approved by Pretrial Services. The equipment may be removed only for use when hunting and must be returned as soon as possible upon the completion of its use in a hunting expedition. The equipment must never be left outside of the designated place in the defendant's home or, while in transit to and from a hunting expedition, must never be left unattended in a vehicle.**

                                                       Respectfully submitted,

Dated:  July 21, 2023                      HEATHER E. WILLIAMS
                                                  Federal Defender

                                                  */s/ Hannah Labaree*
                                                  HANNAH LABAREE
                                                  Assistant Federal Defender
                                                  Attorney for Defendant
                                                  Robert Charles Crist

Dated: July 21, 2023                      PHILLIP A. TALBERT
                                                  United States Attorney

                                                  */s/ Emily Sauvageau*
                                                  EMILY SAUVAGEAU
                                                  Assistant U.S. Attorney
                                                  Attorney for Plaintiff

## ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its Order. The proposed language amending Special Condition #2 is hereby <u>adopted</u>.

Dated: July 21, 2023

                                                  ALLISON CLAIRE
                                                  UNITED STATES MAGISTRATE JUDGE