HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. HARTER, #179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorney for Defendant
ROBERT CRIST

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>ROBERT CRIST<br>Defendant. | Case No. 2:22-cr-00229-DJC<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME<br><br>Date: August 17, 2023<br>Time: 9:00 a.m.<br>Judge: Hon. Daniel J. Calabretta |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Assistant United States Attorney Emily Sauvageau, attorney for Plaintiff and Federal Defender Heather E. Williams through Assistant Federal Defender Linda C. Harter, attorney for ROBERT CRIST, that the status conference, currently scheduled for August 17, 2023, be continued to September 28, 2023 at 9:00 a.m.

Defense counsel was newly assigned to this case and needs to review. To date, the government has produced approximately 338 Bates-stamped items in discovery. The government has indicated that they are waiting on additional lab work and will produce that discovery once available.

Defense counsel thus requires additional time to review the discovery, conduct legal research related to the application of sentencing law to Mr. Crist's case, meet with her client, and conduct independent investigation. The parties therefore request a T4 exclusion of time for defense investigation until September 28, 2023.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including September 28, 2023; pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Dated:  August 10, 2023

        HEATHER E. WILLIAMS
        Federal Defender

        */s/ Linda C. Harter*
        LINDA C. HARTER
        Assistant Federal Defender
        Attorney for Defendant
        ROBERT CRIST

Dated:  August 10, 2023

        PHILLIP A. TALBERT
        United States Attorney

        */s/ Emily Sauvageau*
        EMILY SAUVAGEAU
        Assistant U.S. Attorney
        Attorney for Plaintiff

Stipulation and Order to Continue Status Conference and Exclude Time   -2-   *United States v. Robert Crist, 2:29-cr-00229-DJC*

# ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including September 28, 2023, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the August 17, 2023 status conference shall be continued until September 28, 2023, at 9:00 a.m.

Dated:  August 14, 2023  　　　　　/s/ Daniel J. Calabretta
　　　　　　　　　　　　　　　　　THE HONORABLE DANIEL J. CALABRETTA
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE