HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. HARTER, #179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorney for Defendant
ROBERT CRIST

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>ROBERT CRIST<br>Defendant. | Case No. 2:22-cr-00229-DJC<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME<br><br>Date: December 14, 2023<br>Time: 9:00 a.m.<br>Judge: Hon. Daniel J. Calabretta |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Assistant United States Attorney Ross Pearson, attorney for Plaintiff and Federal Defender Heather E. Williams through Assistant Federal Defender Linda C. Harter, attorney for ROBERT CRIST, that the status conference, currently scheduled for December 14, 2023, be continued to January 25, 2024 at 9:00 a.m.

This additional continuance is needed because both Mr. Pearson and Ms. Harter are not the original attorneys assigned to this case and have needed additional time to fully review all of the information. Complicating the matter is that this case involves "DMT" – a drug that neither of us have any familiarity with on prior cases. The parties specifically need additional time to research and consult with experts regarding the process of manufacturing DMT and the capacity of the DMT lab found at Mr. Crist's residence, a matter that will affect plea discussions and sentencing. Since the last continuance, the parties have met and consulted with some drug labs, but more time is needed to research and investigate this issue. Lastly, Mr. Crist has been

struggling with addiction. He completed a 90-day inpatient drug treatment program already, but has asked for, and been granted, another 30 day stay at Wellspace. We expect a bed to be available there by the end of the year.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including January 25, 2024; pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Dated: December 11, 2023

HEATHER E. WILLIAMS
Federal Defender

/s/ Linda C. Harter
LINDA C. HARTER
Assistant Federal Defender
Attorney for Defendant
ROBERT CRIST

Dated: December 11, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ Ross Pearson
ROSS PEARSON
Assistant U.S. Attorney
Attorney for Plaintiff

Stipulation and Order to Continue Status
Conference and Exclude Time
-2-
United States v. Robert Crist, 2:29-cr-00229-DJC

# ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including January 25, 2024, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the December 14, 2023 status conference shall be continued until January 25, 2024, at 9:00 a.m.

Dated:  December 12, 2023 /s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE