HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. HARTER, #179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorney for Defendant
ROBERT CRIST

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>vs.<br><br>ROBERT CRIST<br>　　　　Defendant. | Case No. 2:22-cr-00229-DJC<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME<br><br>Date: May 16, 2024<br>Time: 9:00 a.m.<br>Judge: Hon. Daniel J. Calabretta |

　　　　IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Assistant United States Attorney Emily Sauvageau, attorney for Plaintiff and Federal Defender Heather E. Williams through Assistant Federal Defender Linda C. Harter, attorney for ROBERT CRIST, that the status conference, currently scheduled for May 16, 2024, be continued to July 11, 2024 at 9:00 a.m.

　　　　This additional continuance is needed because the defendant, Mr. Crist, graduated from Well Space drug treatment in mid-April.  He was there for 120 days.  A week later, on April 19th he was involved in a serious accident at his ranch.  He was admitted to the hospital in Vallejo on that night and had surgery.  He has not been released to go home yet.  He is currently in a rehab facility in Carmichael and is awaiting a bed at North Bay in Fairfield for another surgery on his leg.  We do not know when this surgery will be exactly or when he will be discharged from the hospital.  The parties have selected a date in July hoping he will be well enough to come to court at that time.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including July 11, 2024; pursuant to 18 USC 3161(h)(4) [defendant's physical incapacity] and Local Code N.

Dated:  May 7, 2024                    HEATHER E. WILLIAMS
                                       Federal Defender

                                       */s/ Linda C. Harter*
                                       LINDA C. HARTER
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       ROBERT CRIST

Dated:  May 7, 2024                    PHILLIP A. TALBERT
                                       United States Attorney

                                       */s/ Emily Sauvageau*
                                       EMILY SAUVAGEAU
                                       Assistant U.S. Attorney
                                       Attorney for Plaintiff

# ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including July 11, 2024, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 USC 3161(h)(4) [defendant's physical incapacity] and Local Code N. It is further ordered the May 16, 2024 status conference shall be continued until July 11, 2024, at 9:00 a.m.

Dated: May 7, 2024                              /s/ Daniel J. Calabretta
                                                THE HONORABLE DANIEL J. CALABRETTA
                                                UNITED STATES DISTRICT JUDGE