HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. HARTER, #179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorney for Defendant
ROBERT CRIST

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>   Plaintiff,<br><br>vs.<br><br>ROBERT CRIST<br>   Defendant. | Case No. 2:22-cr-00229-DJC<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME<br><br>Date: October 10, 2024<br>Time: 9:00 a.m.<br>Judge: Hon. Daniel J. Calabretta |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Assistant United States Attorney Emily Sauvageau, attorney for Plaintiff and Federal Defender Heather E. Williams through Assistant Federal Defender Linda C. Harter, attorney for ROBERT CRIST, that the status conference, currently scheduled for July 11, 2024, be continued to October 10, 2024 at 9:00 a.m.

This additional continuance is needed because the defendant, Mr. Crist, was involved in a serious accident at his ranch on April 19th. He was admitted to the hospital in Vallejo on that night and had surgery. Since then, he has undergone multiple surgeries. He is still in the "Heartwood" rehabilitation facility in Vallejo, and he is not well enough to return home.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including October 10, 2024; pursuant to 18 USC 3161(h)(4) [defendant's physical incapacity] and Local Code N.

Dated: July 3, 2024

HEATHER E. WILLIAMS
Federal Defender

*/s/ Linda C. Harter*
LINDA C. HARTER
Assistant Federal Defender
Attorney for Defendant
ROBERT CRIST

Dated: July 3, 2024

PHILLIP A. TALBERT
United States Attorney

*/s/ Emily Sauvageau*
EMILY SAUVAGEAU
Assistant U.S. Attorney
Attorney for Plaintiff

# ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including October 10, 2024, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 USC 3161(h)(4) [defendant's physical incapacity] and Local Code N. It is further ordered the July 11, 2024 status conference shall be continued until October 10, 2024, at 9:00 a.m.

Dated: July 3, 2024                    /s/ Daniel J. Calabretta
                                       THE HONORABLE DANIEL J. CALABRETTA
                                       UNITED STATES DISTRICT JUDGE