MICHELE BECKWITH
Acting United States Attorney
EMILY G. SAUVAGEAU
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT CHARLES CRIST,<br><br>Defendant. | CASE NO. 2:22-CR-229-DC<br><br>STIPULATION TO CONTINUE SENTENCING DATE; ORDER |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On December 13, 2024, the defendant, Robert Charles Crist, pleaded guilty pursuant to a plea agreement. ECF Nos. 100, 101. Sentencing was scheduled for March 21, 2025, and the Court set a schedule for disclosure of the draft Presentence Report ("PSR") on February 7, 2025, and for filing of objections to the PSR thereafter. ECF No. 102. The draft PSR was filed on March 7, 2025. Thus, additional time is needed for the parties to complete review of the PSR and to raise any objections, and for probation to incorporate any such objections into the final PSR, disclose the PSR, and make its sentencing recommendation.

2. Thus, by this stipulation, the parties now move to continue the judgment and sentencing to May 2, 2025, and to modify the briefing schedule as follows:

|   |   |   |   |
|---|---|---|---|
| | a) | Judgment and sentencing date: | May 2, 2025 |
| | b) | Reply or statement of non-opposition: | April 25, 2025 |
| | c) | Formal objections to the PSR shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | April 18, 2025 |
| | d) | The final PSR shall be filed with the Court and disclosed to counsel no later than: | April 11, 2025 |
| | e) | Counsel's written objections to the PSR shall be delivered to the Probation Officer and opposing counsel no later than: | April 4, 2025 |

3. Such additional time is needed to ensure the defendant has an opportunity to review the PSR with his attorney and raise any objections. The government does not oppose the continuance.

IT IS SO STIPULATED.

Dated: March 12, 2025                MICHELE BECKWITH
                                     Acting United States Attorney

                                     /s/ EMILY G. SAUVAGEAU
                                     EMILY G. SAUVAGEAU
                                     Assistant United States Attorney

Dated: March 12, 2025                /s/ LINDA HARTER
                                     LINDA HARTER
                                     Counsel for Defendant
                                     ROBERT CHARLES CRIST

STIPULATION AND PROPOSED ORDER TO CONTINUE     2
JUDGMENT AND SENTENCING

**ORDER**

In light of the time needed for the parties to complete review of the draft Presentence Report and to raise any objections, and for Probation to incorporate any such objections into the final Presentence Report, disclose the final Presentence Report, and make sentencing recommendations, the parties' stipulated request to continue is GRANTED.  Accordingly, the Sentencing Hearing set for March 21, 2025 is VACATED and RESET for May 2, 2025 at 9:30 a.m. in Courtroom 8 before the Honorable Dena M. Coggins. It is FURTHER ORDERED that the parties' proposed briefing schedule is ADOPTED as set forth above.

IT IS SO ORDERED.

Dated:   **March 13, 2025**

Dena Coggins
United States District Judge